IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-3041 |
| MIKE BEVERAGE, INC., and MIKE BEVERAGE, Individually, | ) ) ) | |
| Defendants. | ) | |

**OPINION
AND ORDER TO TURN OVER ASSETS**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Plaintiffs' Motion for Turnover of Assets (d/e 31).  The Court has reviewed the Motion and finds that it should be allowed.  The Defendants, further, have not responded to the Motion, and so, are presumed to have no opposition.  Local Rule 7.1(B)(2).

THEREFORE, Plaintiffs' Motion for Turnover of Assets (d/e 31) is ALLOWED.  Defendants Mike Beverage, Inc., and Mike Beverage, individually, are hereby ordered to turn over to the Plaintiffs the following

1

property by delivery to Plaintiffs' counsel on or before September 15, 2007: title and possession of equipment consisting of two (2) John Deere 760 Scrapers, one (1) Easi-Pour Curb Machine, and one (1) Morgan Concrete Pump, or in the alternative, all monies secured through the sale of any or all of said equipment.

IT IS THEREFORE SO ORDERED.

ENTER: September 6, 2007

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE