IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  05-3041 |
| MIKE BEVERAGE, INC., and MIKE BEVERAGE, Individually, | ) ) ) ) | |
| Defendants. | ) | |

## OPINION AND ORDER FOR RULE TO SHOW CAUSE

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Plaintiffs' Motion for Rule to Show Cause Hearing (d/e 33). This Court ordered the Defendants to turn over certain assets to the Plaintiffs to satisfy the Judgment in this case. <u>Opinion and Order to Turn Over Assets entered September 6, 2007 (d/e 32) (Turn Over Order)</u>. The Plaintiffs assert that the Defendants have failed to comply with the Turn Over Order. The Court, therefore, will allow the Motion.

THEREFORE, Plaintiffs' Motion for Rule to Show Cause Hearing (d/e 33) is ALLOWED. Defendants Mike Beverage, Inc., and Mike Beverage,

1

individually, are hereby ordered to appear before this Court at 600 E. Monroe, Springfield, Illinois, on November 26, 2007, at 10:30 a.m., to show cause why they should not be held in contempt for failure to comply with the Turn Over Order. The Plaintiffs are directed to personally serve Mike Beverage and Mike Beverage, Inc. with a copy of this Opinion and Order for Rule to Show Cause, and to file proof of service.

IT IS THEREFORE SO ORDERED.

ENTER: October 10, 2007

    FOR THE COURT:

                                   s/ Jeanne E. Scott
                                 JEANNE E. SCOTT
                       UNITED STATES DISTRICT JUDGE